# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sarah Turner**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00493-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2025 Order.

Signed: January 6, 2025

Katherine Hord Simon, Acting Clerk
United States District Court